UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAMAR JUAN HERNANDEZ, | ) | 1:12-CV-00133 GSA HC |
| | ) | |
| Petitioner, | ) | SECOND ORDER DIRECTING PETITIONER |
| | ) | TO FILE CONSENT/DECLINE FORM |
| v. | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT TO |
| ON HABEAS CORPUS, | ) | SEND PETITIONER BLANK |
| | ) | CONSENT/DECLINE FORM |
| Respondent. | ) | |
| | ) | [FIFTEEN DAY DEADLINE] |

    Petitioner is a state prisoner proceeding pro se with a petitioner for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On January 31, 2012, the Court ordered Petitioner to complete and return within thirty days the form indicating consent or decline to the jurisdiction of the Magistrate Judge.  Over thirty days have passed and Petitioner has failed to comply.

    Accordingly, IT IS HEREBY ORDERED:

    1) The Clerk of Court is DIRECTED to send Petitioner a blank consent/decline form; and

    2) Petitioner is DIRECTED to complete and return the consent/decline form within fifteen (15) days of the date of service of this order.  Failure to do so will result in dismissal of the case.

    IT IS SO ORDERED.

Dated: **March 12, 2012**     /s/ Gary S. Austin
                                                  UNITED STATES MAGISTRATE JUDGE