UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR JUAN HERNANDEZ,<br><br>              Petitioner,<br><br>     v.<br><br>MARTIN BITER, Warden,<br><br>              Respondent. | 1:12-CV-00133 AWI GSA HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO AMEND PETITION AND CHANGE NAME OF RESPONDENT<br>[Doc. #10]<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 27, 2012, the Court granted Petitioner leave to file a motion to amend the petition to name a proper respondent. On April 10, 2012, Petitioner filed a motion to amend the petition. Petitioner requests that Martin Biter, Warden of Kern Valley State Prison be named as Respondent in this matter.

A petitioner seeking habeas relief must name the state officer having custody of him as the respondent to the petition. Rule 2(a) of the Rules Governing Section 2254 Cases; <u>Ortiz-Sandoval v. Gomez</u>, 81 F.3d 891, 894 (9th Cir.1996); <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360 (9th Cir.1994). Normally, the person having custody of the prisoner is the warden of the prison because the warden has "day to day control over" the prisoner. <u>Brittingham v. United States</u>, 982. F.2d 378, 279 (9th Cir.1992). Therefore, Petitioner's request is proper.

1   Accordingly, Petitioner's motion for leave to amend the petition to name Martin Biter as
2 Respondent in this matter is GRANTED. The Clerk of Court is DIRECTED to change the name of
3 Respondent to Martin Biter.

   IT IS SO ORDERED.

   Dated:   **April 16, 2012**                    **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE